# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2024-1684
LT Case No. 2020-CF-004419-B

———————————————————

MICHAEL LAWRENCE ROBINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

On appeal from the Circuit Court for Marion County.
Willard I. Pope, Judge.

Matthew J. Metz, Public Defender, and Teresa Sutton, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Allison Leigh Morris, Assistant Attorney General, Daytona Beach, for Appellee.

March 26, 2026

PER CURIAM.

AFFIRMED.

EDWARDS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____